# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable A. Bruce Campbell

| | |
|---|---|
| In re: ) | |
| ) | |
| DONALD A. GOOD, ) | Case No. 09-28478 ABC |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ) | |
| DONALD A. GOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Adversary Pro. No. 10-01108-ABC |
| FIRST REVENUE ASSURANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND REQUEST FOR ENTRY OF FINAL ORDER AND JUDGMENT BY DISTRICT COURT

This matter comes before the Court *sua sponte*. The Court, having reviewed the file and being advised in the premises,

DOES FIND that on May 19, 2010, this Court entered its Proposed Findings of Fact and Conclusions of Law Regarding Plaintiff's Motion for Default Judgment. In accordance with the Local Rules of the U.S. District Court, :

> When a bankruptcy judge hears a proceeding under 28 U.S.C. § 157(c)(1) that is not a "core proceeding" as defined by 28 U.S.C. § 157(b)(2), the bankruptcy judge shall submit the proposed findings of fact and conclusions of law to the district judge assigned pursuant to D.C.COLO.LCivR 40.1. Copies of those recommendations shall be mailed by the bankruptcy judge to all parties, who shall have 10 days after the date of mailing of the recommendations (or such further time not to exceed 30 days as the bankruptcy judge may order) to file written objections. Objections lacking specificity as to factual findings or legal conclusions the objecting party claims to have been erroneously made and objections not timely filed may be summarily overruled. *If no objection is filed, or if the parties consent in writing, the recommendations of the bankruptcy judge*

> *may be accepted by the district judge, and appropriate orders may be entered without further notice.* Procedure for determining objections shall be as set forth in 28 U.S.C. § 157(c)(1).

D.C.COLO.LCivR. 84.1.D (emphasis added).

Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure:

> The district judge shall make a de novo review upon the record or, after additional evidence, of any portion of the bankruptcy's judge's findings of fact or conclusions of law to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the proposed findings of fact or conclusions of law, receive further evidence, or recommit the matter to the bankruptcy judge with instructions.

Fed. R. Bankr. P. 9033(d).

Further, under 28 U.S.C. § 157(c)(1):

A bankruptcy judge may hear a proceeding that is not a core proceeding but that is otherwise related to a case under title 11. **In such proceeding, the bankruptcy judge *shall* submit proposed findings of fact and conclusions of law to the district court, and any final order or judgment *shall* be entered by the district judge after considering the bankruptcy judge's proposed findings and conclusions and after reviewing de novo those matters to which any party has timely and specifically objected.**

(emphasis added).

By way of this Court's Proposed Findings of Fact and Conclusions of Law Regarding Plaintiff's Motion for Default Judgment in Non-Core Proceeding, this Court entered its proposed findings as mandated by D.C.COLO.LCivR. 84.1.D, Fed. R. Bankr. P. 9033(D), and 28 U.S.C. § 157(c)(1). Moreover, the parties were given fifteen (15) days in which to object to the written findings of fact and conclusions of law entered by this Court. To date, no objections have been filed with this Court, and it appears appropriate that a final Order may enter.

Therefore, in accordance with the foregoing authorities, this Court requests that the District Court enter an appropriate final Order and Judgment in this matter. A courtesy copy of a proposed Order and Judgment and submitted with this Order.

It is therefore

ORDERED that this Court's Proposed Findings of Fact and Conclusions of Law

2

Regarding Plaintiff's Motion for Default Judgment shall be submitted for to the United States District Court for the District of Colorado. The Court requests that the District Court review the Proposed Findings of Fact and Conclusions of Law Regarding Plaintiff's Motion for Default Judgment and enter and final Order and Judgment therein.

DATED: June 14th, 2010.

BY THE COURT:

A. Bruce Campbell, Judge
U.S. Bankruptcy Court