IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01411-PAB

In re:

DONALD A. GOOD,

    Debtor,
_____

DONALD A. GOOD,

    Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on (1) the Proposed Findings of Fact and Conclusions of Law regarding Plaintiff's Motion for Default Judgment in Non-Core Proceeding [Docket No. 2] and (2) the Order and Request for Entry of Final Order and Judgment by the District Court [Docket No. 1] entered by the Bankruptcy Judge for the United States Bankruptcy Court for the District of Colorado. The Court, having reviewed the file and being advised in the premises,

FINDS that the recommendations of the bankruptcy judge are accepted by this Court. The Court further

FINDS AND CONCLUDES that Donald A. Good ("Plaintiff") has duly served copies of the Summons and Complaint in this proceeding upon First Revenue

Assurance, LLC ("defendant") and that defendant has not answered or otherwise timely responded to same. The Court further

FINDS AND CONCLUDES that this Court has personal jurisdiction over defendant and jurisdiction over the subject matter of this proceeding. Moreover, venue is properly laid in the District of Colorado and the provisions of the Servicemembers' Civil Relief Act of 2003 are not applicable because defendant is not an individual. It is therefore

ORDERED that judgment shall enter in plaintiff's favor and against defendant First Revenue Assurance, LLC in the amount of $500 in statutory damages, plus attorney's fees in the amount of $450 and costs in the amount of $54.

DATED June 29, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge