IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01411-PAB

In re:

DONALD A. GOOD,

    Debtor,
_____

DONALD A. GOOD,

    Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC,

    Defendant.
_____

**ORDER VACATING JUDGMENT**
_____

    This matter is before the Court on the parties' Stipulated Motion for Relief from Judgment [Docket No. 11].  The parties move to have the judgment in this case vacated under Fed. R. Civ. P. 60(b)(4) on the grounds that it was void when entered because defendant received deficient notice under Fed. R. Bankr. P. 7004 and Fed. R. Civ. P. 4. Rule 60(b)(4) permits the Court to relieve a party from a final judgment that is void.  *See Hukill v. Okla. Native Amer. Domestic Violence Coal.*, 542 F.3d 794, 797 (10th Cir. 2008).  "Where Rule 60(b)(4) is properly invoked, 'relief is not a discretionary matter; it is mandatory.'" *Id.* (quoting *Orner v. Shalala*, 30 F.3d 1307, 1310 (10th Cir. 1994)). Here, the parties have stipulated that service was improper upon the defendant and

request that the default judgment be set aside.  Thus, the parties have properly invoked Rule 60(b)(4).

Accordingly, it is

**ORDERED** that the Judgment [Docket No. 8] entered on June 30, 2010, shall be vacated.


DATED December 21, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge